UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

LUIZA RADULESCU,

        Plaintiff,

                                Case No.

v.

IMMEDIATE CREDIT RECOVERY, INC.
and FMS INVESTMENT CORP.,

        Defendants.
_____/

## NOTICE OF REMOVAL OF DEFENDANT, FMS INVESTMENT CORP.

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, defendant, FMS Investment Corp. (FMS), hereby removes the above-captioned civil action from the 17th Judicial Circuit Court, Broward County, State of Florida, to the United States District Court for the Southern District of Florida, Fort Lauderdale Division. The removal of this civil case is proper because:

    1.    After reviewing the state court docket, upon information and belief, co-defendant, Immediate Credit Recovery, Inc., has not been served with this action currently before the 17th Judicial Circuit Court, Broward County, State of Florida, Case No. CACE-13-011811 (hereinafter, the "State Court Action").

    2.    FMS removes this case on the basis of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*, as plaintiff's Complaint claims relief based on abusive practices in violation of federal law.

3. Attached hereto as **Exhibit A** and incorporated by reference as part of the Notice of Removal are true and correct copies of the process and pleadings in the State Court Action. No further proceedings have taken place in the State Court Action.

4. A copy of this Notice of Removal is being served upon plaintiff and filed concurrently with the Clerk of the 17th Judicial Circuit Court, Broward County, State of Florida.

WHEREFORE, Defendant, FMS Investment Corp., hereby removes to this Court the State Court Action.

Date: June 13, 2013

        Respectfully submitted,

        /s/ Dayle M. Van Hoose
        Dayle M. Van Hoose, Esq.
        Florida Bar No. 0016277
        Kenneth C. Grace, Esq.
        Florida Bar No. 0658464
        Rachel A. Morris, Esq.
        Florida Bar No. 0091498
        SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
        3350 Buschwood Park Drive, Suite 195
        Tampa, FL 33618
        Telephone: (813) 890-2463
        Facsimile: (866) 466-3140
        dvanhoose@sessions-law.biz
        kgrace@sessions-law.biz
        rmorris@sessions-law.biz

        Attorneys for Defendant,
        FMS Investment Corp.

## **CERTIFICATE OF SERVICE**

I certify that on this 13th day of June 2013, a true and correct copy of the foregoing was sent via e mail to plaintiff's counsel as described below.

J. Dennis Card, Jr., Esq.
Archer Bay, P.A.
330 North Andrews Avenue, Suite 400
Ft. Lauderdale, FL 33301
Dcard@archerbay.com

/s/ Dayle M. Van Hoose
Attorney